IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CORY BROCKETT,** : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : | CIVIL NO. 5:25-cv-00340-MTT-AGH |
| **FAITH AND CHARACTER** : | |
| **BASED PROGRAM, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

Plaintiff Cory Brockett, a prisoner in Baldwin State Prison in Hardwick, Georgia, filed a 42 U.S.C. § 1983 action and moved to proceed *in forma pauperis*. ECF No. 1; ECF No. 2. Plaintiff failed to submit a certified copy of his trust fund account statement. 28 U.S.C. § 1915(a)(1)-(2). The Court, therefore, ordered Plaintiff to either pay the filing fee or submit a proper motion to proceed without the prepayment of the filing fee, which should include a certified copy of his trust fund account statement. ECF No. 7. Plaintiff failed to respond to the Order and, therefore, on December 1, 2025, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to follow the Court's Order. ECF No. 8. Plaintiff was given fourteen days to respond to the Order to Show Cause and he failed to do so.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ.

P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 28th day of January, 2026.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT