IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CORY BROCKETT, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00340-MTT-AGH |
| | * |
| FAITH AND CHARACTER BASED PROGRAM et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk